HUNT *v.* NEW ENGLAND MORTGAGE SECURITY COMPANY.

EVANS, P. J.   "The refusal of the judge to dismiss the case upon the ground that the petition was defective can not properly be made a subject for the assignment of error in a motion for new trial.". *Taylor* v. *Globe Refinery Company*, 127 *Ga.* 138 (56 S. E. 292). As the plaintiff in error expressly abandoned the other grounds of the motion for new trial, the judgment must be   *Affirmed. All the Justices concur.*

APRIL 11, 1917.

Action to establish deed.   Before Judge Bartlett.   Haralson superior court.   April 10, 1916.

*H. J. McBride* and *J. M. McBride*, for plaintiff in error.

*W. E. Simmons* and *Griffith & Matthews*, contra.